Receipt #72988
ck # 110

receipt # 72989
ck # 111

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN DIVISION

| In the matter of | Case No. **08-43533-KW** |
|---|---|
| **DIEGO LAMBO** | Chapter 7 |
| Debtor(s) | Judge **KAY WOODS** |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT

The attached check in the amount of $329.51 and $199.54_____ represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| ALLTEL COMMUNICATION | 4 | $329.51 |
| POTTERS ADJUSTMENT BUREAU | 1 | $199.54 |
| Total Unclaimed/ Small Dividends $25.00 or under | | $0.00 |
| Total Unclaimed Dividends Over $25.00 | | $529.05 |

Dated: 4/30/2011

/s/ ANDREW W. SUHAR
ANDREW W. SUHAR, Trustee, Reg. No. 0058419
29 E. FRONT STREET, P.O. BOX 1497
YOUNGSTOWN, OH 44501
Telephone: (330) 744-9007
Facsimile: (330) 744-5857

2011 MAY -3 PM 2:09 FILED U.S. BANKRUPTCY NORTHERN DISTRICT OF OHIO YOUNGSTOWN